IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-01491-PSF-PAC

ALLEN WOLFORD,

    Plaintiff,

v.

PORTFOLIO RECOVERY ASSOCIATES, LLC, a Delaware Limited Liability Company,

    Defendant.
_____

## ORDER
_____

    THE COURT, having reviewed the Stipulation of Dismissal with Prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure and being fully advised in the premises,

    DOES HEREBY ORDER that this case is dismissed with prejudice, each party to pay his or its own attorney's fees and costs.

    DATED: November 8, 2006.

                                  BY THE COURT:

                                *s/ Phillip S. Figa*
                              _____
                              Phillip S. Figa
                              United States District Judge